UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTWON MAURICE BAYARD, BAYARD MAURICE ANTWON,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et. al.<br><br>Defendants. | 3:14-cv-00446-MMD-WGC<br><br>**ORDER** |

The court is in receipt of Plaintiffs' Affidavits and Request for Issuance of Writ of Execution. (Doc. # 1-1, Doc. # 1-2.) Plaintiffs' filings are not accompanied by the $350 filing fee and $50 administrative fee or a completed application to proceed in forma pauperis. Plaintiff has **THIRTY DAYS FROM THE DATE OF THIS ORDER** to submit a completed application to proceed in forma pauperis or pay the $350 filing fee and $50 administrative fee or the court will recommend dismissal of this action.

**IT IS SO ORDERED**.

DATED: August 27, 2014

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE